IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT LEE JOHNSON, JR.**
**ADC #100626**                                                                               **PLAINTIFF**

**V.**                          **CASE NO. 4:14-CV-211 JM/BD**

**DOC HOLIDAY, et al.**                                                                  **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Johnson's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Johnson's claims against the Defendants in their official capacities are DISMISSED, without prejudice.

IT IS SO ORDERED this 28th day of April, 2014.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE