# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ROBERT LEE JOHNSON, JR.**
**ADC #100626**                                                                                                **PLAINTIFF**

**V.**                     **CASE NO. 4:14CV00211-JM-BD**

**DOC HOLIDAY, et al.**                                                                           **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedures for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to United States District Court Judge James M. Moody, Jr. Any party may file written objections to this Recommendation.

Objections must be specific and must include the factual or legal basis for the objection. An objection to a factual finding must identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation. A copy will be furnished to the opposing party.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

Mail objections to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

**II.** **Discussion**

On April 7, 2014, Plaintiff Robert Lee Johnson, Jr., an inmate at the Pulaski County Detention Facility, filed this lawsuit pro se under 42 U.S.C. § 1983, and was granted leave to pursue his deliberate-indifference claims *in forma pauperis*.

Although Mr. Johnson was advised of the Court's local rules pertaining to pro se plaintiffs, including the requirement that he keep the Court informed of his current mailing address, he has failed to update his address, as is evident from mail returned to the Court in July 2014, as undeliverable. (Docket entries #21 and #23) Mr. Johnson was cautioned that failure to comply with court orders and rules of procedure could result in dismissal of his claims, without prejudice.

Accordingly, the Court recommends that Mr. Johnson's claims be dismissed, without prejudice, under Local Rule 5.5(c)(2), for failure to prosecute his case and comply with the Court's Order of July 15, 2014.

DATED this 27th day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE