**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ROBERT LEE JOHNSON, JR.**
**ADC #100626**                                                                                          **PLAINTIFF**

**V.**                            **CASE NO. 4:14CV00211-JM-BD**

**DOC HOLIDAY, et al.**                                                                         **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") issued by Magistrate Judge Beth Deere, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Johnson's claims are dismissed, without prejudice, under Local Rule 5.5(c)(2) for failure to prosecute his case and comply with the Court's July 15, 2014 Order.

IT IS SO ORDERED this 18th day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE